# UNITED STATES DISTRICT COURT
## for the

Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | **AMENDED JUDGMENT** |
| v. | ) | |
| Eric Harris | ) | Case No:  5:05-CR-320-1H |
| | ) | |
| | ) | USM No:  25521-056 |
| Date of Original Judgment:  July 12, 2006 | ) | |
| Date of Previous Amended Judgment:  N/A | ) | Vidalia V. Patterson |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.    ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  188 months    months **is reduced to**  151 months

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated July 12, 2006 shall remain in effect. **IT IS SO ORDERED.**

Order Date:  2/4/14

Judge's signature

Effective Date: _____
*(if different from order date)*

Malcolm J. Howard, Senior United States District Judge
*Printed name and title*